# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand and sixteen.

_____

United States of America,

      Appellee,

      v.

Shaun Taylor, AKA S-Dot,

      Defendant-Appellant.

_____

**ORDER**

Docket Nos. 16-3274(L), 16-4088(Con.)

      Margaret M. Shalley moves to be relieved as counsel for the Appellant.

      IT IS HEREBY ORDERED that the motion to be relieved is GRANTED. Elizabeth A. Latif, of Day Pitney LLP, 242 Trumbull Street, Hartford, CT 06103, is assigned as new counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A. Attorney Latif is directed to review Local Rule 12.2 regarding the filing of Form B and Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

